No. 82–357 (A–759).   MICHIGAN *v.* CLIFFORD ET AL.   Ct. App. Mich.   [Certiorari granted, 459 U. S. 1168.]   Motion of Timothy A. Baughman, Esquire, to permit Janice M. Joyce

Bartee to present oral argument *pro hac vice* on behalf of petitioner granted. Application of petitioner for leave to file a brief in excess of the page limitations, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.